J051011



March 19, 2010

Mr. Ashok Sahadevan        via UPS Overnight: 1Z 8E5 3R3 13 9063 1390
8527 Foothill Boulevard
Sunland, CA 91041

RE: OBLIGATIONS TO SELL UNDER REINSTATEMENT AGREEMENT
    1019 Myrtle Avenue, Eureka, California    Outlet Id #J051008
    823 Broadway, Eureka, California    Outlet Id #J051009
    512 East Main Street, Barstow, California    Outlet Id #J051011
    270 M Street, Crescent City, California    Outlet Id #J051012

Dear Ashok:

As stated in the Addendum to Reinstatement Agreement dated August 25, 2009, you were required to submit to KFCC the name of your Buyer and a fully-executed APA no later than January 27, 2010. On January 23, 2010 you provided names of interested parties, but to date you have not submitted a fully-executed APA between yourself and a Buyer.

Although we have the right to issue a default notice at this time, in an effort to demonstrate our continued good faith, we are willing to give you one last opportunity to submit a fully-executed APA for the outlet locations referenced above. If a fully-executed APA not received in our office from you within the next 7 days, KFCC can issue a formal Notice of Default under the Addendum to Reinstatement Agreement.

It is important to note that as outlined in the Addendum to Reinstatement Agreement if a sale of the above-referenced outlets has not been completed by April 27, 2010, the Franchise Agreements for those outlets will terminate on that date.

Please feel free to contact me if you wish to discuss this matter further.

Very truly yours,

Timothy M. Rook
Director – Franchising

Cc:    <u>All via e-mail:</u>
        Jerry Lesser
        Terri Bashaw
        Paula Faught