

**Cathy Tang**
Chief Legal Officer

June 24, 2010

**VIA UPS OVERNIGHT**

Mr. Ashok Sahadevan
8527 Foothill Boulevard
Sunland, California 91041

    Re:    J051-008 – 1019 Myrtle Avenue, Eureka, California
              J051-009 – 823 Broadway, Eureka, California
              J051-011 – 512 East Main Street, Barstow, California
              J051-012 – 270 "M" Street, Crescent City, California
              (collectively, the "Outlets")

Dear Mr. Sahadevan:

The Reinstatement Agreements, in connection with the Outlets, dated August 25, 2009, between KFC Corporation ("KFCC") and Ashok Sahadevan ("Franchisee") required Franchisee to identify for KFCC's approval, a potential transferee of the Outlets no later than January 27, 2010, and further specified that the period of reinstatement would terminate on April 27, 2010.

As you are aware, it was not until April 27, 2010 that Franchisee submitted a Purchase Agreement and a proposed transferee for KFCC's approval. KFCC agreed, however, to review the proposed transferee to determine whether the proposed transferee could be approved as a KFC franchisee, though KFCC had no obligation to do so. KFCC attempted many times to obtain the required information upon which to make a determination, but did not receive complete information. KFCC finally informed the proposed transferee on June 4, 2010, that if she did not provide all of the required information to KFCC by June 14, 2010, KFCC would not be able to proceed with the approval process. The information was not received by June 14, 2010.

As a result, the Reinstatement Agreements are terminated as of the date of this letter and, within ten (10) days from the date of this letter, Franchisee must de-image the Outlets and perform the other post-termination requirements described in Section IV of the Reinstatement Agreements. If these obligations are not met in a timely manner, KFC will exercise every option afforded it by law.

Very truly yours,

*/s/ Catherine Tang*

Catherine Tang
V. P., Secretary & Chief Legal Officer,
KFC Corporation

# KFC POLICY ON:

## DISCONTINUING USE OF TRADEMARKS AND SYSTEM AT CLOSED KENTUCKY FRIED CHICKEN RESTAURANTS

When a KFC restaurant permanently closes for any reason, including termination or expiration of the franchise, or relocation of the restaurant, steps must be taken immediately to discontinue use of all KFC trademarks, service marks, trade names, trade dress, trade secrets, know-how and processes developed an owned by KFCC (hereinafter referred to as "KFC Trademarks and Systems") at the closed location. This includes the removal from the restaurant of signs, menuboard inserts, point of sale material, red and white stripes and any characteristically designed roof, and otherwise changing the restaurant's exterior and interior appearance so that it is no longer confusingly similar to a KFC restaurant and no longer bears any KFC Trademarks, service marks, trade names or designations, or marks similar thereto.

The following Guidelines have been developed to assist in understanding what steps must be taken when a KFC restaurant so closes:

### 1. Building Exterior

All signs or sign faces which bear any KFC Trademarks or trade dress must be removed. This would include pole sign faces, fascia signs, enter/exit signs, and drive-thru menuboards.

On mansard-roof image building depicted in Exhibit A-1, the tower and, whenever possible, the mansard must be removed. If it is not possible to remove the mansard roof, it must be painted a color other than red or terra cotta or colors closely similar to red or terra cotta.

Exhibit A-2 shows an example of a former mansard-roof KFC restaurant that has been acceptably de-imaged.

On Series 90 building depicted in Exhibit B-1, the tower and, whenever possible, the panaflex awnings must be removed. If it is not possible to remove the awnings (if continuous wrap around metal), the awnings and building must be painted a color other than red or terra cotta or colors closely similar to red or terra cotta.

Series 6000 Image building depicted in Exhibit C-1, the tower "cupola cap", awnings and all signage must be removed. The building must be painted neutral colors other than those on the existing building color scheme.

Exhibits B-2 and C-2 show examples of before and after Series 90 and Series 6000 KFC restaurants. The examples of the "after" image are acceptably de-imaged.

### 2. Building Interior

All signs which bear KFC's Trademarks or trade dress must be removed. This would include any windows, tables and counter signs, and menuboard board inserts. Any elements of décor distinctive to KFC must also be removed.

If the restaurant has reopened for business under a different name, no paper or packaging goods may be used which are confusingly similar to KFC Trademarks or trade dress. Employees of the new business shall not use uniforms which bear any KFC Trademarks or which are designed in any way to trade on the former association with KFCC.

The menu items at any new business may not bear KFC Trademarks or names distinctive to the KFC System including, but not limited to, "ORIGINAL RECIPE," "EXTRA TASTY CRISPY," AND "HOT WINGS." See attached KFC Trademark Usage for additional trademarked words and phrases.

### 3. Manuals and Other Confidential Information

If the KFC restaurant is being permanently closed for any reason other than relocation, all Confidential Operations Manuals, Bulletins, Standards Library Manuals, Employee Recruitment and Selection Manuals, Star System tape cartridges and printed materials, and all other forms and printed materials which contain KFCC's recipes, methods of food preparation, management systems and procedures must be returned. Franchise restaurants shall return this material to the appropriate Franchise Operations Manager, and Company restaurants to the Regional Office. Operators leaving the system may not retain copies of such materials and no further use may be made of any such recipes, methods, systems, or procedures.

### 4. Advertising

If a KFC restaurant is being permanently closed for any reason except relocation, all television and radio commercials, newspaper advertising mats, point-of-sale materials, and all other advertising and promotional materials must be returned to KFCC or confirmation made to KFCC that all such materials have been destroyed.

### 5. Supplies

If a KFC franchised restaurant is being permanently closed for any reason except relocation, all unopened supplies which bear KFC Trademarks or are unique to the KFC System must either be returned to the supplier for credit or destroyed. Contents of all such supplies which have been opened, must be destroyed. For Company-owned restaurants see applicable procedure.

If a Franchisee fails to immediately remove the KFC Trademarks and to make the changes described in Items 1 through 5 above, KFCC may make (or cause to be made) the changes on its own by entering the premises of the KFC restaurant and the Franchisee shall reimburse KFCC for costs incurred.

Exhibit A-1 (Mansard Image – before)



Exhibit A-2 (Mansard Image – after - acceptable)



De-Image acceptable. All KFC signs removed; awnings and cupola cap removed; building painted neutral colors; remaining structure bears no resemblance to KFC outlet.

**Exhibit B-1 (Series 90 Image – before)**



**Exhibit B-2 (Series 90 Image – after - acceptable)**



De-Image acceptable. All KFC signs removed; panaflex awnings and cupola cap removed; building painted neutral color; remaining structure bears no resemblance to KFC outlet.

Exhibit C-1 (Series 6000 Image – before)



Exhibit C-2 (Series 6000 Image – after – acceptable)



De-Image acceptable. All KFC signs removed; awnings and cupola cap removed; building painted neutral colors; remaining structure bears no resemblance to KFC outlet.

TRADEMARKS, SERVICE MARKS, TRADE NAMES
LOGOTYPES, AND COMMERCIAL SYMBOLS

| Mark | Reg. No. | Date Issued |
| --- | --- | --- |
| AMERICA LOVES WHAT THE COLONEL COOKS (1) | 991605 | 20-Aug-1974 |
| BRING BACK DINNER | 3347321 | 4-Dec-2007 |
| BUCKET LABEL #9 (1) (Class 29) | 1711937 | 01-Sep-1992 |
| BUCKET LABEL #9 (Class 42) | 1491641 | 07-Jun-1988 |
| CHICKEN CAPITAL USA | 3110193 | 27-Jun-2006 |
| CHICKEN LITTLES | 1543768 | 13-Jun-1989 |
| CHICKEN TOPPER | 1505006 | 20-Sep-1988 |
| COLONEL IMAGE 2006 (Class 16) | 3502126 | 10-Sept-2008 |
| COLONEL IMAGE 2006 (Class 29, 30, 43) | 3446928 | 10-Jun-2008 |
| COLONEL IMAGE 2006 (in color) (Class 29, 30, 43) | 3346187 | 27-Nov-2007 |
| COLONEL'S CRISPY STRIPS (1) | 2032343 | 21-Jan-1997 |
| COLONEL'S KIDS | 2506642 | 13-Nov-2001 |
| COLONEL'S KIDS & Design | 2506737 | 13-Nov-2001 |
| COLONEL'S KIDS (Stylized) | 2506738 | 13-Nov-2001 |
| COLONEL'S KIDS CHAMPION FOR CHILD CARE & Design | 2512494 | 27-Nov-2001 |
| COLONEL'S KIDS CHILD CARE CENTER & Design | 2817932 | 24-Feb-2004 |
| COLONEL'S MUG No. 1 (Class 29) | 810835 | 05-Jul-1966 |
| COLONEL'S MUG No. 1 (class 42) | 806104 | 22-Mar-1966 |
| COLONEL'S MUG No. 4 with KFC (Class 30) | 2281415 | 28-Sep-1999 |
| COLONEL'S MUG No. 4 with KFC (Class 29, 42) | 2800403 | 30-Dec-2003 |
| HAVE A BARREL OF FUN (1) | 1005464 | 25-Feb-1975 |
| HOT WINGS | 1208741 | 14-Sep-1982 |
| IT'S FINGER LICKIN' GOOD (Class 29, 30) | 3035298 | 27-Dec-2005 |
| IT'S FINGER LICKIN' GOOD (Class 42) | 3348337 | 27-Dec-2005 |
| KENTUCKY FRIED CHICKEN (1) (Class 29) | 838895 | 14-Nov-1967 |
| KENTUCKY FRIED CHICKEN (1) (Class 42) | 815167 | 13-Sep-1966 |
| KENTUCKY FRIED CHICKEN & BUILDING DESIGN #1 (1) | 0889169 | 07-Apr-1970 |
| KENTUCKY NUGGETS | 1367897 | 29-Oct-1985 |
| KFC (Class 30) | 1798046 | 12-Oct-1993 |
| KFC (1) (Class 29) | 979050 | 19-Feb-1974 |
| KFC (1) (Class 42) | 1209310 | 14-Sep-1982 |
| KFC (1) (Class 29) | 1807753 | 30-Nov-1993 |
| KFC BUILDING DESIGN #8 (1) | 1599822 | 05-Jun-1990 |
| KFC COLONEL'S SCHOLARS | 3215223 | 06-Mar-2007 |
| KFC DELIVERY LOGO (Class 39) | 2218808 | 19-Jan-1999 |
| KFC DELIVERY LOGO (Class 42) | 2224138 | 16-Feb-1999 |
| KFC EXPRESS SANDWICHES & MORE & Design (1) | 2605523 | 06-Aug-2002 |
| KFC FAMOUS BOWLS | 3321359 | 23-Nov-2007 |
| KFC KIDS LAPTOP MEAL (Replaces Pack) | | |
| KFC SNACKER (Class 30) | 3187403 | 19-Dec-2006 |
| KFC SNACKER (Class 43) | 3187404 | 16-Dec-2006 |
| KFC SNACKER (Stylized) (Class 30) | 3187410 | 19-Dec-2006 |
| LIFE TASTES BETTER WITH KFC (Class 29, 30, 43) | 3620538 | 12-May-2009 |
| MEAN GREENS | 1930912 | 31-Oct-1995 |
| MEGA MEAL | 1911601 | 15-Aug-1995 |
| ORIGINAL RECIPE (1) | 1303969 | 06-Nov-1984 |

| Mark | Reg. No. | Date Issued |
|---|---|---|
| TENDER ROAST (Class 43) | 2817151 | 24-Feb-2004 |
| TENDER ROAST (1) (Class 29) | 2014626 | 05-Nov-1996 |
| THE ONLY GRILLED CHICKEN THAT'S BUCKET WORTHY (class 29) | 3620386 | 12-May-2009 |
| TRIPLE CRUNCH | 2084602 | 29-Jul-1997 |
| TWISTER | 2114663 | 18-Nov-1997 |
| TWISTER (Stylized Version #2) | 2506240 | 13-Nov-2001 |
| WE DO CHICKEN RIGHT. (1) | 1620532 | 30-Oct-1990 |
| WING WORKS | 2613316 | 27-Aug-2002 |
| WING WORKS & Design (Class 42) | 2519900 | 18-Dec-2001 |
| WING WORKS W Design | 2519899 | 18-Dec-2001 |
| WINGSWORKS Face Design | 2621548 | 17-Sep-2002 |

(1) This trademark or service mark has been renewed.