

September 7, 2010

**VIA UPS OVERNIGHT**

Mr. Ashok Sahadevan
8527 Foothill Boulevard
Sunland, CA 91041

    Re:    Terminated Outlets – J051008, J051009, J051011 and J051012

Dear Ashok:

You received a termination notice dated June 24, 2010, based on your failure to comply with the conditions of the August 25, 2009 Reinstatement Agreements for the Terminated Outlets ("Termination Notice"). You were also notified by letter dated July 12, 2010 to cease further unauthorized operation of the Terminated Outlets as KFC restaurants and pay all past due amounts ("Cease and Desist Notice"). By letter notice dated July 23, 2010 ("Letter Notice"), you agreed to stop operating and de-image all the Terminated Outlets by September 1, 2010, which allowed you some additional time for an orderly shutdown. Rather than comply with the Termination Notice, the Cease and Desist Notice, and the Letter Notice, however, we have learned that you are still operating the Terminated Outlets.

KFC Corporation ("KFCC") clearly advised you in the Letter Notice that any continued operation of the Outlets past September 1, 2010 would force KFCC to file a Complaint against you, as the Franchisee, to comply with the Termination Notice and all the Post-Termination Obligations in the Franchise Agreements for the Terminated Outlets. Please be advised that KFCC has the right to file suit against you if operations do not cease within five (5) days from the date of this letter. Furthermore, in accordance with your Franchise Agreements ("Agreements") with KFCC, the Notice of Termination and KFCC's policy of "Discontinuing Use of Trademarks and System at Closed Kentucky Fried Chicken Restaurants" (copy attached) you are required to, among other things, return to KFCC all Confidential Operating Manuals, together with all other materials containing, in whole or in part, any KFC trade secrets, confidential materials, operating instructions, or business practices; and discontinue use at the outlet of all trademarks, service marks, trade names, trade dress, trade secrets, know-how and processes developed and owned by KFC, within ten days after the closing of the Outlet.

If you do not cease operating within five days of the date of this letter – by September 12, 2010, complete all Post Termination Obligations, and pay all outstanding amounts to KFCC by September 17, 2010, KFCC will take additional action to enforce its rights. Accordingly, we urge you to give this matter your immediate attention.

Mr. Ashok Sahadevan
September 7, 2010
Page 2

Additionally, for a period of one (1) year following the termination of the Agreements, you may not operate a business that sells or prepares fried chicken or other products similar to other Required Products (as defined in the Agreements) within ten (10) miles of any of the Outlets.

KFCC waives no rights in this matter. Rather, KFCC expressly reserves all its rights to enforce the terms of the Agreements for the Terminated Outlets.

Sincerely,

Timothy M. Rook
Director – Franchising

Attachment

cc: Jerry Lesser
Jeff Urbanik
Jim McKelvie
Terri Bashaw
Paula Faught
Rita Mac Neill

# KFC POLICY ON:

# DISCONTINUING USE OF TRADEMARKS AND SYSTEM AT CLOSED KENTUCKY FRIED CHICKEN RESTAURANTS

When a KFC restaurant permanently closes for any reason, including termination or expiration of the franchise, or relocation of the restaurant, steps must be taken immediately to discontinue use of all KFC trademarks, service marks, trade names, trade dress, trade secrets, know-how and processes developed an owned by KFCC (hereinafter referred to as "KFC Trademarks and Systems") at the closed location. This includes the removal from the restaurant of signs, menuboard inserts, point of sale material, red and white stripes and any characteristically designed roof, and otherwise changing the restaurant's exterior and interior appearance so that it is no longer confusingly similar to a KFC restaurant and no longer bears any KFC Trademarks, service marks, trade names or designations, or marks similar thereto.

The following Guidelines have been developed to assist in understanding what steps must be taken when a KFC restaurant so closes:

1. **Building Exterior**

All signs or sign faces which bear any KFC Trademarks or trade dress must be removed. This would include pole sign faces, fascia signs, enter/exit signs, and drive-thru menuboards.

On mansard-roof image building depicted in Exhibit A-1, the tower and, whenever possible, the mansard must be removed. If it is not possible to remove the mansard roof, it must be painted a color other than red or terra cotta or colors closely similar to red or terra cotta.

Exhibit A-2 shows an example of a former mansard-roof KFC restaurant that has been acceptably de-imaged.

On Series 90 building depicted in Exhibit B-1, the tower and, whenever possible, the panaflex awnings must be removed. If it is not possible to remove the awnings (if continuous wrap around metal), the awnings and building must be painted a color other than red or terra cotta or colors closely similar to red or terra cotta.

Series 6000 Image building depicted in Exhibit C-1, the tower "cupola cap", awnings and all signage must be removed. The building must be painted neutral colors other than those on the existing building color scheme.

Exhibits B-2 and C-2 show examples of before and after Series 90 and Series 6000 KFC restaurants. The examples of the "after" image are acceptably de-imaged.

2. **Building Interior**

All signs which bear KFC's Trademarks or trade dress must be removed. This would include any windows, tables and counter signs, and menuboard board inserts. Any elements of décor distinctive to KFC must also be removed.

If the restaurant has reopened for business under a different name, no paper or packaging goods may be used which are confusingly similar to KFC Trademarks or trade dress. Employees of the new business shall not use uniforms which bear any KFC Trademarks or which are designed in any way to trade on the former association with KFCC.

The menu items at any new business may not bear KFC Trademarks or names distinctive to the KFC System including, but not limited to, "ORIGINAL RECIPE," "EXTRA TASTY CRISPY," AND "HOT WINGS." See attached KFC Trademark Usage for additional trademarked words and phrases.

### 3. Manuals and Other Confidential Information

If the KFC restaurant is being permanently closed for any reason other than relocation, all Confidential Operations Manuals, Bulletins, Standards Library Manuals, Employee Recruitment and Selection Manuals, Star System tape cartridges and printed materials, and all other forms and printed materials which contain KFCC's recipes, methods of food preparation, management systems and procedures must be returned. Franchise restaurants shall return this material to t he appropriate Franchise Operations Manager, and Company restaurants to the Regional Office. Operators leaving the system may not retain copies of such materials and no further use may be made of any such recipes, methods, systems, or procedures.

### 4. Advertising

If a KFC restaurant is being permanently closed for any reason except relocation, all television and radio commercials, newspaper advertising mats, point-of-sale materials, and all other advertising and promotional materials must be returned to KFCC or confirmation made to KFCC that all such materials have been destroyed.

### 5. Supplies

If a KFC franchised restaurant is being permanently closed for any reason except relocation, all unopened supplies which bear KFC Trademarks or are unique to the KFC System must either be returned to the supplier for credit or destroyed. Contents of all such supplies which have been opened, must be destroyed. For Company-owned restaurants see applicable procedure.

If a Franchisee fails to immediately remove the KFC Trademarks and to make the changes described in Items 1 through 5 above, KFCC may make (or cause to be made) the changes on its own by entering the premises of the KFC restaurant and the Franchisee shall reimburse KFCC for costs incurred.

### Exhibit A-1 (Mansard Image – before)



### Exhibit A-2 (Mansard Image – after - acceptable)



De-Image acceptable. All KFC signs removed; awnings and cupola cap removed; building painted neutral colors; remaining structure bears no resemblance to KFC outlet.

**Exhibit B-1 (Series 90 Image – before)**



**Exhibit B-2 (Series 90 Image – after - acceptable)**



De-Image acceptable. All KFC signs removed; panaflex awnings and cupola cap removed; building painted neutral color; remaining structure bears no resemblance to KFC outlet.

**Exhibit C-1 (Series 6000 Image – before)**



**Exhibit C-2 (Series 6000 Image – after – acceptable)**



De-Image acceptable. All KFC signs removed; awnings and cupola cap removed; building painted neutral colors; remaining structure bears no resemblance to KFC outlet.

TRADEMARKS, SERVICE MARKS, TRADE NAMES
LOGOTYPES, AND COMMERCIAL SYMBOLS

| Mark | Reg. No. | Date Issued |
| --- | --- | --- |
| AMERICA LOVES WHAT THE COLONEL COOKS (1) | 991605 | 20-Aug-1974 |
| BRING BACK DINNER | 3347321 | 4-Dec-2007 |
| BUCKET LABEL #9 (1) (Class 29) | 1711937 | 01-Sep-1992 |
| BUCKET LABEL #9 (Class 42) | 1491641 | 07-Jun-1988 |
| CHICKEN CAPITAL USA | 3110193 | 27-Jun-2006 |
| CHICKEN LITTLES | 1543768 | 13-Jun-1989 |
| CHICKEN TOPPER | 1505006 | 20-Sep-1988 |
| COLONEL IMAGE 2006 (Class 16) | 3502126 | 10-Sept-2008 |
| COLONEL IMAGE 2006 (Class 29, 30, 43) | 3446928 | 10-Jun-2008 |
| COLONEL IMAGE 2006 (in color) (Class 29, 30, 43) | 3346187 | 27-Nov-2007 |
| COLONEL'S CRISPY STRIPS (1) | 2032343 | 21-Jan-1997 |
| COLONEL'S KIDS | 2506642 | 13-Nov-2001 |
| COLONEL'S KIDS & Design | 2506737 | 13-Nov-2001 |
| COLONEL'S KIDS (Stylized) | 2506738 | 13-Nov-2001 |
| COLONEL'S KIDS CHAMPION FOR CHILD CARE & Design | 2512494 | 27-Nov-2001 |
| COLONEL'S KIDS CHILD CARE CENTER & Design | 2817932 | 24-Feb-2004 |
| COLONEL'S MUG No. 1 (Class 29) | 810835 | 05-Jul-1966 |
| COLONEL'S MUG No. 1 (class 42) | 806104 | 22-Mar-1966 |
| COLONEL'S MUG No. 4 with KFC (Class 30) | 2281415 | 28-Sep-1999 |
| COLONEL'S MUG No. 4 with KFC (Class 29, 42) | 2800403 | 30-Dec-2003 |
| HAVE A BARREL OF FUN (1) | 1005464 | 25-Feb-1975 |
| HOT WINGS | 1208741 | 14-Sep-1982 |
| IT'S FINGER LICKIN' GOOD (Class 29, 30) | 3035298 | 27-Dec-2005 |
| IT'S FINGER LICKIN' GOOD (Class 42) | 3348337 | 27-Dec-2005 |
| KENTUCKY FRIED CHICKEN (1) (Class 29) | 838895 | 14-Nov-1967 |
| KENTUCKY FRIED CHICKEN (1) (Class 42) | 815167 | 13-Sep-1966 |
| KENTUCKY FRIED CHICKEN & BUILDING DESIGN #1 (1) | 0889169 | 07-Apr-1970 |
| KENTUCKY NUGGETS | 1367897 | 29-Oct-1985 |
| KFC (Class 30) | 1798046 | 12-Oct-1993 |
| KFC (1) (Class 29) | 979050 | 19-Feb-1974 |
| KFC (1) (Class 42) | 1209310 | 14-Sep-1982 |
| KFC (1) (Class 29) | 1807753 | 30-Nov-1993 |
| KFC BUILDING DESIGN #8 (1) | 1599822 | 05-Jun-1990 |
| KFC COLONEL'S SCHOLARS | 3215223 | 06-Mar-2007 |
| KFC DELIVERY LOGO (Class 39) | 2218808 | 19-Jan-1999 |
| KFC DELIVERY LOGO (Class 42) | 2224138 | 16-Feb-1999 |
| KFC EXPRESS SANDWICHES & MORE & Design (1) | 2605523 | 06-Aug-2002 |
| KFC FAMOUS BOWLS | 3321359 | 23-Nov-2007 |
| KFC KIDS LAPTOP MEAL (Replaces Pack) | | |
| KFC SNACKER (Class 30) | 3187403 | 19-Dec-2006 |
| KFC SNACKER (Class 43) | 3187404 | 16-Dec-2006 |
| KFC SNACKER (Stylized) (Class 30) | 3187410 | 19-Dec-2006 |
| LIFE TASTES BETTER WITH KFC (Class 29, 30, 43) | 3620538 | 12-May-2009 |
| MEAN GREENS | 1930912 | 31-Oct-1995 |
| MEGA MEAL | 1911601 | 15-Aug-1995 |
| ORIGINAL RECIPE (1) | 1303969 | 06-Nov-1984 |

| Mark | Reg. No. | Date Issued |
|---|---|---|
| TENDER ROAST (Class 43) | 2817151 | 24-Feb-2004 |
| TENDER ROAST   (1) (Class 29) | 2014626 | 05-Nov-1996 |
| THE ONLY GRILLED CHICKEN THAT'S BUCKET WORTHY (class 29) | 3620386 | 12-May-2009 |
| TRIPLE CRUNCH | 2084602 | 29-Jul-1997 |
| TWISTER | 2114663 | 18-Nov-1997 |
| TWISTER (Stylized Version #2) | 2506240 | 13-Nov-2001 |
| WE DO CHICKEN RIGHT.   (1) | 1620532 | 30-Oct-1990 |
| WING WORKS | 2613316 | 27-Aug-2002 |
| WING WORKS & Design (Class 42) | 2519900 | 18-Dec-2001 |
| WING WORKS W Design | 2519899 | 18-Dec-2001 |
| WINGSWORKS Face Design | 2621548 | 17-Sep-2002 |

(1) This trademark or service mark has been renewed.