FILED
U.S DISTRICT COURT CLERK
WESTERN DISTRICT OF K Y

10 NOV 12  PH 12: 56

**ASHOK SAHADEVAN**
**NILEM SAHADEVAN**
10452 Glory Ave.
Tujunga, CA 91042
Ph. (818) 353-4224
Fx.  (818) 353-0413
tastybirds@speakeasy.net


In Pro Se

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

KFC CORPORATION,                                   Civil Action No.  3:10cv-612 M

                        Plaintiff,

v.

ASHOK SAHADEVAN and
NILEM SAHADEVAN,


                        Defendants.

_____

### DEFENDANTS ASHOK SAHADEVAN AND NILEM SAHADEVAN'S

### ANSWER TO COMPLAINT

_____


Defendants, Ashok Sahadevan and Nilem Sahadevan ("Defendants"), hereby

submit the following as their Answer to Plaintiff's Complaint:

## PARTIES AND JURISDICTION

1.      Defendants admit the allegations of paragraph 1 of Plaintiff's Complaint.

2.      Defendants admit the allegations of paragraph 2 of Plaintiff's Complaint.

3.      Concerning paragraph 3 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

4.      Defendants admit the allegations of paragraph 4 of Plaintiff's Complaint.

5.      Defendants admit the allegations of paragraph 5 of Plaintiff's Complaint.

6.      Concerning paragraph 6 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

7.      Concerning paragraph 7 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

8.      Concerning paragraph 8 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

9.      Concerning paragraph 9 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

10.     Concerning paragraph 10 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

11.     Concerning paragraph 11 of Plaintiff's Complaint, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

  12. Concerning paragraph 12 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

  13. Concerning paragraph 13 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

**The Reinstated Franchise Agreements, Other Contracts, and Contract Obligations**

  14. Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

  15. Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

  16. Concerning paragraph 16 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

  17. Concerning paragraph 17 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

  18. Concerning paragraph 18 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

  19. Concerning paragraph 19 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, therefore, deny same.

20.     Concerning paragraph 20 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

21.     Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22.     Concerning paragraph 22 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

23.     Defendants deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.     Concerning paragraph 24 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

25.     Concerning paragraph 25 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

26.     Concerning paragraph 26 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

27.     Concerning paragraph 27 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

28.     Concerning paragraph 28 of Plaintiff's Complaint, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

29.     Concerning paragraph 29 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

30.     Concerning paragraph 30 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

31.     Concerning paragraph 31 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

32.     Concerning paragraph 32 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

33.     Concerning paragraph 33 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

34.     Concerning paragraph 34 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

35.     Concerning paragraph 35 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

**Expiration of the Reinstated Agreements**

36.     Concerning paragraph 36 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

37.     Defendants deny the allegations contained in paragraph 37 of Plaintiff's Complaint.

38.     Concerning paragraph 38 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

39.     Concerning paragraph 39 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

40.     Concerning paragraph 40 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

41.     Concerning paragraph 41 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

42.     Concerning paragraph 42 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

43.     Concerning paragraph 43 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

44.     Concerning paragraph 44 of Plaintiff's Complaint, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

45.     Concerning paragraph 45 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

46.     Concerning paragraph 46 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

47.     Concerning paragraph 47 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

48.     Concerning paragraph 48 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

49.     Concerning paragraph 49 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

50.     Concerning paragraph 50 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

51.     Concerning paragraph 51 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

52.     Concerning paragraph 52 of Plaintiff's Complaint, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     53.     Concerning paragraph 53 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

## Count II

## (Breach of Contract - Reinstated Agreements)

## (Damages and Injunctive Relief)

     54.     Concerning paragraph 54 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     55.     Concerning paragraph 55 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     56.     Concerning paragraph 56 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     57.     Concerning paragraph 57 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     58.     Concerning paragraph 58 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

     59.     Concerning paragraph 59 of Plaintiff's Complaint, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

60.     Concerning paragraph 60 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

61.     Defendants deny the allegations contained in paragraph 61 of Plaintiff's Complaint.

62.     Concerning paragraph 62 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

63.     Concerning paragraph 63 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

64.     Concerning paragraph 64 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

65.     Concerning paragraph 65 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

66.     Concerning paragraph 66 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

67.     Concerning paragraph 67 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, therefore, deny same.

68.     Concerning paragraph 68 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

**Count III**

**(Breach of Contract - Guaranty Agreement)**

69.     Concerning paragraph 69 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

70.     Concerning paragraph 70 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

71.     Defendants deny the allegations contained in paragraph 71 of Plaintiff's Complaint.

72.     Concerning paragraph 72 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

**Count IV**

**(Trademark Infringement)**

73.     Concerning paragraph 73 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

74.     Concerning paragraph 74 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, therefore, deny same.

75.     Concerning paragraph 75 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

76.     Concerning paragraph 76 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

77.     Concerning paragraph 77 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

78.     Concerning paragraph 78 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

79.     Concerning paragraph 79 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

80.     Concerning paragraph 80 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

81.     Concerning paragraph 81 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

82.     Concerning paragraph 82 of Plaintiff's Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, therefore, deny same.

83.     Concerning paragraph 83 of Plaintiff's  Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

## Count V

## (Federal Unfair Competition)

84.     Concerning paragraph 84 of Plaintiff's  Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

85.     Concerning paragraph 85 of Plaintiff's  Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

86.     Concerning paragraph 86 of Plaintiff's  Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.

87.     Concerning paragraph 87 of Plaintiff's  Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny same.


WHEREFORE, Defendants request that the Court enter judgment against Plaintiff's and Defendants, deny all relief sought by Plaintiff's, and award Defendants their actual damages, reasonable attorney's fees, costs and expenses, and any other relief that Defendants may be entitled to as the Court deems proper.

## AFFIRMATIVE DEFENSES

88    Plaintiff's claims are barred by the doctrines of waiver, laches and/or estoppel.

89.    Plaintiff's claims are barred or reduced by Plaintiff's failure to minimize and / or mitigate their damages.

90.    Plaintiff is barred from any recovery herein and any damages recoverable must be mitigated by the doctrine of avoidable consequences.

91.    Plaintiff was informed and knew of the risks, possible complications, and complexity of the transactions and the activities from which its claims or claims arise, and either waived any right to complain about, or gave consent to, the actions alleged against the Defendants.

92.    Plaintiff's claims are barred by the statute of frauds.

93.    Plaintiff's claims are barred by the doctrine of unclean hands.

94.    Plaintiff's claims for relief fail because any and all contracts between Plaintiff and Defendants are null and void because they are unconscionable.

95.    Plaintiff's claims are barred by the doctrine of accord and satisfaction.

96.    Plaintiff has received partial payment for alleged damages caused by Defendants.

97.    Plaintiff's claims for relief, to the extent that such claims involve or are based upon contractual obligations, fail for lack and want of consideration and for lack of mutuality between the parties, with respect to the subject matter and extent of contractual obligations.

98.    Plaintiff's claims are not based upon any relationship wherein there is sufficient privity, either in contract, or otherwise, for the action to be maintained.

99.   Plaintiffs have not taken reasonable and appropriate action to protect themselves from any damages Plaintiff allegedly suffered and therefore assumed the risk of the consequences of their own conduct.

100.   Plaintiff has acted negligent and therefore have assumed the risk of the consequences of their own conduct.

101.   Defendants reserve the right to raise any and all further affirmative defenses as may become evident during discovery.

Defendants, ASHOK SAHADEVAN and NILEM SAHADEVAN request a Jury Trial on all issues so triable.

Respectfully submitted,

Dated: November **10**, 2010

_____
ASHOK SAHADEVAN

Dated: November **10**, 2010

_____
NILEM SAHADEVAN

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on November  10  , 2010, I overnight expressed the foregoing
**ANSWER TO COMPLAINT** by placing a true copy thereof enclosed in sealed envelope
4   addressed as follows:

5   MARGARET GRANT
STITES & HARBISON, PLLC
6   400 WEST MARKET STREET, SUITE 1800
LOUISVILLE, KENTUCKY 40202

7

8
( )        BY MAIL        As follows: I am "readily familiar" with this firm's practice of collection
9                          and processing correspondence for mailing.  Under that practice it
                           would be deposited with the U.S. Postal Service on that same day
10                         with postage thereon fully prepaid at Upland, California in the ordinary
                           course of business.  I am aware that on motion of the party served,
11                         service is presumed invalid if postal cancellation date or postage
                           meter date is more than one day after the date of deposit for mailing
12                         an affidavit.

13  ( ) ·      BY FAX        By faxing a true copy thereof to

14  (X)        BY OVERNIGHT EXPRESS MAIL Ref. Overnight Tracking No.

15

16        Executed on November  10 , 2010, at ___Sunland)___ , California.

17        I declare under the penalty of perjury under the laws of the State of California that

18  the above is true and correct.

19                          _____

20                          PREMARATNE SATHKUMARA

21

22

23

24

25

26

27

28

LAW OFFICES OF
MARC ELLIOT GROSSMAN
818 N. MOUNTAIN AVE., SUITE 111
UPLAND, CA 91786
PH (909) 608-7426 FX (909) 949-0119

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November \16\ , 2010, I overnight expressed the foregoing **ANSWER TO COMPLAINT** by placing a true copy thereof enclosed in sealed envelope addressed as follows:

MARGARET GRANT
STITES & HARBISON, PLLC
400 WEST MARKET STREET, SUITE 1800
LOUISVILLE, KENTUCKY 40202

( )    BY MAIL    As follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Upland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

( )    BY FAX    By faxing a true copy thereof to

(X    BY OVERNIGHT EXPRESS MAIL Ref. Overnight Tracking No.

Executed on November \16\ , 2010, at _____, California.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

LAW OFFICES OF
MARC ELLIOT GROSSMAN
818 N. MOUNTAIN AVE., SUITE 111
UPLAND, CA 01786
PH (909) 608-7426 FX (909) 949-0119

