UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**KFC Corporation,**

        **Plaintiff**

**v.**

                                        **CIVIL ACTION NO. 3:10-CV-612M**

**Ashok Sahadevan** *et al.*

        **Defendants.**

## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff, KFC Corporation ("KFCC"), moves this Court to enter the attached order granting its Motion to Enforce the Settlement Agreement, which requires Ms. Sahadevan and Mr. Ataue to pay all amounts due under the Promissory Note, to de-image the Fortuna Restaurant, and to pay KFCC's reasonable attorney's fees and costs. A supporting memorandum and proposed order accompany this motion.

Respectfully Submitted,

s/ *Margaret Grant*
Charles J. Cronan, IV
cccronan@stites.com
(502) 681-0430
Margaret Grant
pgrant@stites.com
(502) 681-0503
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, Ky. 40202
Counsel for plaintiff, KFC Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion, memorandum and proposed order were served by certified or registered mail, return receipt requested on this 25th day of March, 2013 upon:

| Nilem Sahadevan<br>10452 Glory Ave.<br>Tujunga, CA 91042 | Tharake Ataue a/k/a Ataur Rehman<br>2703 Joseph St<br>Fortuna, CA 95540-4818 |
| --- | --- |

/s/ Margaret Grant

915088:1:LOUISVILLE