

# BRAND DE-IMAGE REVIEW

PPP0000117

| | | | | | |
|---|---|---|---|---|---|
| Franchisee: | Ashok Sahadevan | Store ID: | J051010 | | |
| FRN Phone: | 818/353-1170 | Address: | 432 South Fortuna Boulevard | | |
| Review Date: | 2/15/2013 | City, State, Zip: | Fortuna | CA | 95540 |
| Reviewed By: | Leilani Schladand | | | | |
| Phone Number: | 502-874-2831 | | | | |
| Arch Email: | leilani.schladand@yum.com | | | | |

**Photos of your de-imaged outlet have been reviewed against the brand image policies requiring all closed outlets to be de-imaged.**

Photo Review Status:     Denied

**Brand Image Policies:**  (corrective actions listed are required for approval.)

1) **SIGNAGE:**

2) **EXTERIOR IMAGE:**
   The tower, cupola cap, awnings and all signage must be removed.  The building must be painted neutral colors other than those on the existing building color scheme.

3) **INTERIOR IMAGE:**

Additional Comments And Recommendations:





