UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KFC CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>ASHOK SAHADEVAN *et al*.<br><br>    Defendants. | CIVIL ACTION NO. 3:10-CV-612M<br><br>Electronically Filed |

## **JUDGMENT**

The Court having granted KFC Corporation's Motion to Enforce the Settlement Agreement, and the Court being otherwise sufficiently advised:

THE COURT HEREBY ORDERS that KFC Corporation is GRANTED JUDGMENT jointly and severally against Ms. Nilem Sahadevan (a/k/a Nilem Sangha) and Mr. Tharake Ataue (f/k/a Ataur Rehman) for $52,526.65, consisting of:

(a) $43,295.55 for the remaining principal balance of the Promissory Note (Dkt 28-2);

(b) $3,973.10 for interest on the Promissory Note through June 15, 2013, plus such interest as accrues until paid at a rate of $11.86 per diem; and

(c) $5,258.00 for KFCC's attorney's fees incurred to enforce the Settlement Agreement.

KFC corporation is also GRANTED JUDGMENT for post- judgment interest on the amount awarded above until such time as the judgment is fully paid, and an Order requiring Ms. Sahadevan and Mr. Ataue to completely de-image the Fortuna Restaurant, located at 432 S. Fortuna Blvd, Fortuna, California, in accordance with paragraph 17 of the Settlement Agreement.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

June 24, 2013